THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jerry Kuzma #2, Appellant.
 
 
 

Appeal From Lexington County
William P. Keesley, Circuit Court Judge
Unpublished Opinion No. 2008-UP-695
Submitted December 1, 2008  Filed
 December 15, 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Teresa A. Knox, Deputy Director for Legal Services, Tommy Evans,
 Jr., Legal Counsel, and J. Benjamin Aplin, Legal Counsel, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Jerry Kuzma appeals his probation revocation and the
 suspension of his sentence in full.  Kuzma argues the trial court abused its
 discretion in revoking his suspended sentence.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
WILLIAMS,
 PIEPER, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.